# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 26, 2006*

[Cite as *05/26/2006 Case Announcements*, 2006-Ohio-2589.]

## MOTION AND PROCEDURAL RULINGS

**2006–0105. State v. Tooley.**
Portage App. No. 2004–P–0064, 2005-Ohio-6709. This cause is pending before this court as an appeal from the Court of Appeals for Portage County.

IT IS ORDERED by the court, sua sponte, that the following exhibits contained in the court of appeals' record are placed under seal: Plaintiff's Exhibits 7, 8, 10, 11, 17, 20, and 21, and Defendant's Exhibit "A."

**2006–0216. State v. Tooley.**
Portage App. No. 2004–P–0064, 2005-Ohio-6709. This cause is pending before this court on the certification of a conflict by the Court of Appeals for Portage County.

IT IS ORDERED by the court, sua sponte, that the following exhibits contained in the court of appeals' record are placed under seal: Plaintiff's Exhibits 7, 8, 10, 11, 17, 20, and 21, and Defendant's Exhibit "A."

## MISCELLANEOUS DISMISSALS

**2006–0644. State v. Strowder.**
Cuyahoga App. No. 85792, 2006-Ohio-442. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2006–0819. Funck v. Pierce.**
Hamilton App. No. C–050487. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due May 22, 2006, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause is dismissed sua sponte.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–0930. State ex rel. Goodyear Tire & Rubber Co. v. Salmons.**
Franklin App. No. 05AP–116, 2006-Ohio-1526.

**2006–0974. State ex rel. Baja Marine Corp. v. Indus. Comm.**
Franklin App. No. 05AP–555, 2006-Ohio-1646.